**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELIZABETH MCNULTY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **NO.   25-cv-315** |
| | : | |
| **FRANK BISIGNANO,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this ___17TH___ day of February 2026, upon consideration of Plaintiff's

Complaint (ECF No. 1), and no response to the Order to Show Cause Order (ECF No. 11), and

for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.      Plaintiff's Request for Review is **DISMISSED** without prejudice; and

2.      Judgment is entered in favor of Defendant.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge